# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) ZVI FEINER, ) FNR HEALTHCARE, LLC, and ) EREZ BAVER, ) ) Defendants, ) ) and ) ) NETZACH INVESTMENTS, LLC, and ) CEDARBROOK MANGEMENT, INC., ) ) Relief Defendants. ) | Case No. 19-cv-6269<br>Hon. Robert M. Dow, Jr.<br>Magistrate Sheila Finnegan |

### PLAINTIFF'S UNOPPOSED MOTION FOR ENTRY OF JUDGMENT AS TO DEFENDANTS ZVI FEINER, FNR HEALTHCARE, LLC, AND RELIEF DEFENDANT NETZACH INVESTMENT, LLC

Plaintiff, U.S. Securities and Exchange Commission (the "SEC"), submits the accompanying Judgment (*see* Exhibit 1) as to Defendants Zvi Feiner and FNR Healthcare, LLC, and Relief Defendant Netzach Investments, LLC. Defendants Feiner and FNR Healthcare and Relief Defendant Netzach Investments have executed a Consent (*see* Exhibit 2) as to the entry of this Judgment, which, if approved by the Court, will avoid the need to litigate the merits of Defendants' liability and result in Defendants Feiner and FNR Healthcare being permanently enjoined from violations of the provisions of the securities laws at issue in the Complaint. The

-2-

remaining relief sought by the SEC – disgorgement, with prejudgment interest, and civil penalties – would be resolved by the Court at a later date, upon motion by the SEC, and with the Court accepting the allegations in the Complaint as true. Accordingly, the SEC respectfully asks the Court to enter this proposed Judgment (an electronic copy will be submitted to the Court's proposed order e-mail address at Proposed_Order@ilnd.uscourts.gov).

Dated: June 22, 2020

Respectfully submitted,

/s/ Michael D. Foster
Michael D. Foster (fostermi@sec.gov)
Jerrold H. Kohn (kohnj@sec.gov)
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604-2615
Phone: (312) 353-7390
Fax: (312) 353-7398
Attorneys for Plaintiff

-3-

## CERTIFICATE OF SERVICE

I hereby certify that I provided service of the foregoing Motion, via ECF filing, to all counsel of record on June 22, 2020.

/s/ Michael D. Foster
Michael D. Foster

-3-