**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>ZVI FEINER, FNR HEALTHCARE, LLC, and EREZ BAVER, )<br><br>Defendants, )<br><br>and )<br><br>NETZACH INVESTMENTS, LLC, and CEDARBROOK MANGEMENT, INC., )<br><br>Relief Defendants. ) | Case No. 19-cv-6269<br>Hon. Robert M. Dow, Jr.<br>Magistrate Sheila Finnegan |

## FIFTH JOINT STATUS REPORT

Pursuant to the Court's September 25, 2020 Order (*see* Docket No. 44), Plaintiff U.S. Securities and Exchange Commission ("SEC") and Defendants Zvi Feiner and FNR Health Care, LLC (collectively "Defendants"), and Relief Defendant Netzach Investments, LLC ("Relief Defendant")[1] submit this Fifth Joint Status Report.

On June 24, 2020, the Court, pursuant to a bifurcated settlement, entered a Judgment against the Defendants in which Feiner and FNR Healthcare, without admitting or denying the allegations in the complaint, consented to the entry of permanent injunctions against them, with

---

[1] Defendant Erez Baver and Relief Defendant Cedarbrook Management, Inc. previously entered into a bifurcated settlement with the SEC. *See* Docket No. 14.

the remaining relief sought by the SEC against Defendants – disgorgement, prejudgment interest, and civil penalties – to be resolved by the Court (accepting the allegations in the Complaint as true). *See* Docket No. 39.

On September 21, 2020 Defendants filed a Motion to Stay this matter pending the resolution of a parallel criminal case against Feiner and Defendant Erez Baver (*U.S. v. Baver, et al.*, N.D. Ill., Case No. 20-cr-00588). On September 25, 2020, the Court held a telephone conference and granted Defendants' Motion to Stay. *See* Docket No. 44. As of today's date, the criminal matter has not been resolved.

Respectfully submitted,

/s/ Michael D. Foster
Michael D. Foster (fostermi@sec.gov)
Eric M. Phillips (phillipse@sec.gov)
Jerrold H. Kohn (kohnj@sec.gov)
Michelle Muñoz Durk (munozdurkm@sec.gov)
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604-2615
Phone: (312) 353-7390
Fax: (312) 353-7398
Attorneys for Plaintiff Securities and Exchange Commission


/s/ Ariel Weissberg
Ariel Weissberg
(ariel@wessberglaw.com)
Weissberg and Associates, Ltd.
401 S. LaSalle Street, Suite 403
Chicago, IL 60605
Counsel for Defendants Zvi Feiner, FNR Healthcare, LLC, and Relief Defendant Netzach Investments LLC

March 31, 2021