UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZVI FEINER,<br>FNR HEALTHCARE, LLC, and<br>EREZ BAVER,<br><br>Defendants,<br><br>and<br><br>NETZACH INVESTMENTS, LLC, and<br>CEDARBROOK MANGEMENT, INC.,<br><br>Relief Defendants. | Case No. 19-cv-6269<br>Hon. Robert M. Dow, Jr.<br>Magistrate Sheila Finnegan |

**SEVENTH JOINT STATUS REPORT**

Pursuant to the Court's September 25, 2020 Order (*see* Docket No. 44), Plaintiff U.S. Securities and Exchange Commission ("SEC") and Defendants Zvi Feiner and FNR Health Care, LLC (collectively "Defendants"), and Relief Defendant Netzach Investments, LLC ("Relief Defendant")[1] submit this Seventh Joint Status Report.

On June 24, 2020, the Court, pursuant to a bifurcated settlement, entered a Judgment against the Defendants in which Feiner and FNR Healthcare, without admitting or denying the

---

[1] Defendant Erez Baver ("Baver") and Relief Defendant Cedarbrook Management, Inc. ("Cedarbrook") previously entered into a bifurcated settlement with the SEC in which Baver consented to a permanent injunction, and Baver and Cedarbrook consented to an order of disgorgement and prejudgment interest. *See* Docket No. 14. The Judgment provides that, upon motion of the SEC, the Court will determine whether a civil penalty is appropriate against Baver.

allegations in the complaint, consented to the entry of permanent injunctions against them, with the remaining relief sought by the SEC against Defendants – disgorgement, prejudgment interest, and civil penalties – to be resolved by the Court (accepting the allegations in the Complaint as true). *See* Docket No. 39.

On September 21, 2020 Defendants filed a Motion to Stay this matter pending the resolution of a parallel criminal case against Feiner and Defendant Erez Baver (*U.S. v. Baver, et al.*, N.D. Ill., Case No. 20-cr-00588). On September 25, 2020, the Court held a telephone conference and granted Defendants' Motion to Stay. *See* Docket No. 44.

As of today's date, the criminal matter has not been resolved.[2] However, on January 31, 2022, the parties in the criminal matter filed a Joint Status Report in which the parties reported that they have continued to confer regarding discovery, scheduling, and potential resolution of the matter short of trial, and that the parties are engaged in discussions regarding the applicable loss amount for purposes of a plea agreement.

Respectfully submitted,

/s/ Michael D. Foster
Michael D. Foster (fostermi@sec.gov)
Eric M. Phillips (phillipse@sec.gov)
Jerrold H. Kohn (kohnj@sec.gov)
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604-2615
Phone: (312) 353-7390
Fax: (312) 353-7398
Attorneys for Plaintiff Securities and Exchange Commission

---

[2] On November 16, 2021, Baver entered into a plea agreement in which he agreed to plead guilty to one count of wire fraud. He has not yet been sentenced.

-3-

/s/ Ariel Weissberg
Ariel Weissberg
(ariel@wessberglaw.com)
Weissberg and Associates, Ltd.
401 S. LaSalle Street, Suite 403
Chicago, IL 60605
Counsel for Defendants Zvi Feiner, FNR
Healthcare, LLC, and Relief Defendant Netzach
Investments LLC

March 31, 2022